JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA TRUCKING HH LLC and PALMER SIMMONS,<br><br>Defendants. | Case No. 8:25-cv-00473-FWS-JDE<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On May 13, 2025, the court granted Plaintiff Ameris Bank, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment against Defendants Carolina Trucking HH LLC and Palmer Simmons (together, "Defendants").  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Balboa and against Defendants, jointly and severally, in the total amount of **$278,862.36**, which represents the sum of $260,053.29 in compensatory damages, $9,405.00 in prejudgment interest, $8,801.07 in attorney fees, and $603.00 in costs.

The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated:  May 13, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE